UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

ADRIENNE ANDERSON,

        Plaintiff,

-vs-                                                  Case No. 3:10-cv-1139-J-34JBT

NATIONAL CREDIT ADJUSTERS, LLC,

        Defendant.
_____/

## ENTRY OF DEFAULT

Pursuant to Fed.R.Civ.P. 55(a), default is entered against the defendant **National Credit Adjusters, LLC** in Jacksonville, Florida on this 10th day of February, 2011.

                                                   SHERYL L. LOESCH, CLERK

                                                   By: _E. Ma_____
                                                             Deputy clerk

Copies furnished to:

Counsel of Record